**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BSG TECH LLC,** | |
|                Plaintiff, | CIVIL ACTION NO. 2:16-cv-529 |
| v. | **PATENT CASE** |
| **AUTOZONE.COM, INC.,** | **JURY TRIAL DEMANDED** |
|                Defendant. | |

**PLAINTIFF BSG TECH LLC'S RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff BSG Tech LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated:  May 19, 2016

Respectfully submitted,

*/s/ David R. Bennett*
By:  David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail:  dbennett@directionip.com

**ATTORNEY FOR PLAINTIFF**
**BSG TECH LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 19, 2016.

                                                  */s/ David R. Bennett*
                                                  David R. Bennett